**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 4, 2025**



In The

# Fifteenth Court of Appeals

### NO. 15-25-00184-CV

**SHELLY BATES, Appellant**

**V.**

**DAVID SUZUKI, Appellee**

**On Appeal from the 169th District Court**
**Bell County, Texas**
**Trial Court Cause No. 23DFAM336627**

## MEMORANDUM OPINION

This is an appeal from a judgment signed August 25, 2025. The appellant has filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.